IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JASON W. COLON,
    Petitioner

    v.

FACILITY MANAGER MASON,
    Respondent

No. 4:23-cv-0916

(Judge Munley)

## ORDER

**AND NOW,** to wit, this 25th day of January 2024, in accordance with the Court's memorandum issued this same day, it is hereby **ORDERED** that:

1. Respondent's motion to dismiss the above captioned petition for writ of habeas corpus for Petitioner's failure to obtain permission to file a second or subsequent petition (Doc. 13) is **GRANTED**. See 28 U.S.C. §2244(d).

2. The above captioned petition for writ of habeas corpus is **DISMISSED**, without prejudice.

3. There is no basis for the issuance of a certificate of appealability. See 28 U.S.C. §2253(c).

4. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

JUDGE JULIA K. MUNLEY
United States District Judge